In the Matter of GISELA STROM, Respondent, v PETER LOMTEVAS, Appellant.

Submitted October 2, 2006; decided October 24, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.

CITY OF SYRACUSE et al., Appellants, v ONONDAGA COUNTY et al., Respondents. ATLANTIC STATES LEGAL FOUNDATION, INC., et al., Plaintiffs; 2.3 ACRES OF LAND IN THE CITY OF SYRACUSE, N.Y., Defendant and Third-Party Defendant.

Submitted October 12, 2006; decided October 24, 2006

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges CIPARICK, ROSENBLATT, GRAFFEO, READ, R.S. SMITH and PIGOTT.